Frederick Voeller and Henry L. Van Syckel, Appellants, v. Henry Bieg, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Charles L. Wallace, Respondent, v. Samuel M. Meeker, Respondent. Herman J. Martens, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Jacob Weiss, Respondent, v. Hyman Meyersohn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Saul Alexandre and Joseph Meyer, Copartners, etc.; Appellants, v. Richard McNerney, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Mira Beals, Respondent, v. Myles J. Evans, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless the plaintiff stipulate within twenty days to reduce the recovery to the sum of $1,500 and the extra allowance proportionately, in which event the judgment and order as modified are affirmed, without costs. No opinion. Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., voted for affirmance.

George B. Boyd, as Receiver, etc., Appellant, v. Conrad Eurich's Brewery, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Esther De Puy Bryan, Appellant, v. Fannie Louise Burroughs (formerly Temple), Individually and as Executrix of and Trustee under the Last Will and Testament of Joseph Hamilton Bryan, Deceased, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

James A. Dumont, Jr., Respondent, v. Morris & Cumings Dredging Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Paul A. English and Others, Appellants and Respondents, v. Percival S. Jones and Henry J. McCormick, Respondents, and Charles B. Brown, Respondent and Appellant.— Judgments affirmed, without costs. There is no authority for the practice adopted of rendering separate judgments and presenting separate and distinct records in a single action. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred

Robert P Fay, Respondent, v. V. J. Hedden & Sons Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Rich and Miller, JJ.

